LOVELADIES PROPERTY OWNERS ASSOCIATION, INC., *ET AL.*, PLAINTIFFS-RESPONDENTS, v. BARNEGAT CITY SERVICE CO., INC., *ET AL.*, DEFENDANTS-PETITIONERS.

*Messrs. Hiering & Grasso* for the petitioners.

*Messrs. Powell & Davis* for the respondents.

June 28, 1960.   Denied.

DANIEL S. BELL, PLAINTIFF-PETITIONER, v. LLEWELLYN PUBLICATIONS CO., INC., *ET AL.*, DEFENDANTS-RESPONDENTS.

*Mr. Ernest N. Giannone* and *Mr. Harry Green* for the petitioner.

*Messrs. Steelman, Lafferty, Rowe & McMahan* for the respondents.

June 28, 1960.   Denied.